ORIGINAL

WARNING: THIS DOCUMENT FILED UNDER SEAL
PURSUANT TO ORDER FILED NOVEMBER 19, 2003

PETER D. KEISLER
Assistant Attorney General
DANIEL R. ANDERSON
JOHN K. HENEBERY
Trial Attorneys
Commercial Litigation Branch
U.S. Department of Justice
601 D Street, NW
Washington, D.C.  20004
Telephone:  (202) 305-7726
Facsimile:  (202) 616-3085

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii
RACHEL S. MORIYAMA  3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Rachel.Moriyama@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2006

at 10 o'clock and 70 min. __M
SUE BEITIA, CLERK

LODGED

OCT 23 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARIA VALLADARES KADZIELAWA,<br><br>        Relator/Plaintiff,<br><br>   vs.<br><br>KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>        Defendants. | CIVIL NO. 03-00631 DAE LEK<br><br>ORDER GRANTING THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART |



SEALED
BY ORDER OF THE COURT

ORDER GRANTING THE GOVERNMENT'S NOTICE OF ELECTION TO
INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS HEREBY ORDERED that:

1. The relator's Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. The United States shall serve its Complaint upon defendants, together with this Order, within 45 days;

3. The relator shall serve its Complaint upon defendants within 45 days;

4. All other papers or Orders on file in this matter shall remain under seal;

5. The seal shall be lifted on all other matters occurring in this action after the date of this Order;

6. As to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. All orders of this Court shall be sent to the United States; and that

8. Should the relator or the defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

DATED: OCT 25 2006, at Honolulu, Hawaii.

_____
United States District Judge

USA, ex rel. Kadzielawa v. Kaiser, et al.; Civil 03-00631 DAE LEK; "ORDER GRANTING UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART"