OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813
Telephone:   (808) 524-7500
Facsimile:    (808) 545-7802
Email: tgrande@davislevin.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone:   (808) 538-1113
Facsimile:    (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA, <br><br> Relator/Plaintiff, | CIVIL NO. 03-00631 DAE LEK (Other Civil Action/*Qui Tam*) <br><br> **PLAINTIFF'S *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO SERVE COMPLAINT AND SUMMONS; DECLARATION OF THOMAS R. GRANDE** |

vs.

KAISER FOUNDATION
HOSPITALS and KAISER
FOUNDATION HEALTH PLAN,
INC.,

                Defendants.

## PLAINTIFF'S *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO SERVE COMPLAINT AND SUMMONS

Comes now *Qui Tam* Relator/Plaintiff above named, by and through her attorneys, DAVIS LEVIN LIVINGSTON GRANDE and PRICE, OKAMOTO, HIMENO & LUM, hereby move this Honorable Court for an order allowing Plaintiff to extend time to serve the Complaint and Summons from December 9, 2006 up to and including April 8, 2007.

This motion is made pursuant to Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure and local rule 6.2 of the Local Rules of Practice for the United District Court for the District of Hawaii.

The basis of this motion is that the parties are currently in settlement discussions. Defendants have no objection to the requested extension.

Dated: Honolulu, Hawaii, November 29, 2006.


              /s/ THOMAS R. GRANDE
              THOMAS R. GRANDE
              Attorney for Plaintiff