IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA, | CIVIL NO. 03-00631 DAE LEK (Other Civil Action/*Qui Tam*)  **DECLARATION OF THOMAS R. GRANDE** |
| Relator/Plaintiff, | |
| vs. | |
| KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

**DECLARATION OF THOMAS R. GRANDE**

THOMAS R. GRANDE, being first duly sworn upon his oath,

deposes and states as follows:

1.      I am one of the attorneys representing *Qui Tam* Relator/Plaintiff

in this case.

2.      On May 4, 2004, the Plaintiff filed under seal with the Court a

First Amended Complaint and Summons in a *qui tam* action.

3.      On October 25, 2006, the Court ordered that the Plaintiff's

Complaint, the Government's Notice of Election of Intervene in Part and

Decline to Intervene in Part, and the October 25, 2006 Order be unsealed.  It

was further ordered the Government and the Relator would serve the

Complaint, Summon, and October 25, 2006 Order upon the Defendants

within 45 days.

4.      On November 16, 2006, the Rule 16 Scheduling Conference set

for November 27, 2006 was continued to February 2, 2007 at 9:00 a.m.

before Judge Leslie E. Kobayashi.

5.      Relator, the Government, and Defendants are currently

negotiating a settlement of the claims and are actively attempting to resolve

the case.  Therefore, Plaintiff respectfully requests a 120-day extension of

time within which to serve the First Amended Complaint and Summons

upon Defendants from December 9, 2006 up to and including April 8, 2007.

6.      Defendants have no objection to this Motion.

I declare under penalty of perjury that the foregoing is true and

correct.

Executed this 29th day of November, 2006, at Honolulu, Hawaii.

_/s/ THOMAS R. GRANDE_
THOMAS R. GRANDE