IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>Relator/Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | CIVIL NO. 03-00631 DAE LEK (Other Civil Action/*Qui Tam*)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last knows address:

Served Electronically though CM/ECF:

Rachel S. Moriyama     rachel.moriyama@usdoj.gov     Nov. 29, 2006

　　　　　　　　　　　　　　　　　　　　 /s/ THOMAS R. GRANDE
　　　　　　　　　　　　　　　　　　　　THOMAS R. GRANDE