OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE        3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802
Email: tgrande@davislevin.com


PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III        1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII EX REL. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA EX REL. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA EX REL. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA EX REL. MARIA VALLADARES KADZIELAWA,<br><br>            Relator/Plaintiff,<br><br>      vs.<br><br>KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>            Defendants. | CIVIL NO. 03-00631 DAE LEK<br>(Other Civil Action/*Qui Tam*)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO SERVE COMPLAINT AND SUMMONS** |

# ORDER GRANTING PLAINTIFF'S
# *EX PARTE* MOTION FOR FIRST EXTENSION
# OF TIME TO SERVE COMPLAINT AND SUMMONS

Good cause appearing therefor,

IT IS HEREBY ORDERED that *Qui Tam* Relator/Plaintiff's *Ex Parte* Motion for First Extension of Time to Serve Complaint and Summons is granted.

IT IS FURTHER ORDERED that Plaintiff shall have from December 9, 2006 up to and including April 8, 2007, within which to serve the Complaint and Summons.

Dated: Honolulu, Hawaii, December 1, 2006.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

United States of America e*x rel*. Maria Valladares Kadzielawa, et al. v. Kaiser Foundation Hospitals, et al.; Civil No. 03-00631; ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO SERVE COMPLAINT AND SUMMONS