OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Facsimile:   (808) 545-7802
Email: tgrande@davislevin.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone:  (808) 538-1113
Facsimile:   (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys  for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>                Relator/Plaintiff,<br><br>         vs.<br><br>KAISER FOUNDATION | CIVIL NO. 03-00631 DAE LEK<br>(Other Civil Action/*Qui Tam*)<br><br> **CERTIFICATE OF SERVICE**<br><br>*(QUI TAM RELATOR/PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS OF THE COMMONWEALTH OF VIRGINIA AND DISTRICT OF COLUMBIA AGAINST DEFENDANTS KAISER FOUNDATION HOSPITALS AND KAISER FOUNDATION HEALTH PLAN, INC.)* |

| | |
|---|---|
| HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the QUI TAM RELATOR/PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS OF THE COMMONWEALTH OF VIRGINIA AND DISTRICT OF COLUMBIA AGAINST DEFENDANTS KAISER FOUNDATION HOSPITALS AND KAISER FOUNDATION HEALTH PLAN, INC. was served on the following at their last known addresses:

<u>Served Electronically though CM/ECF:</u>

Rachel S. Moriyama      rachel.moriyama@usdoj.gov      Jan. 11, 2007

<u>Served by hand-delivery:</u>

Warren Price, III                                                                Jan. 11, 2007
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii   96813

                                                   /s/ THOMAS R. GRANDE
                                                   THOMAS R. GRANDE