OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813
Telephone:   (808) 524-7500
Facsimile:   (808) 545-7802
Email: tgrande@davislevin.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone:   (808) 538-1113
Facsimile:   (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>Relator/Plaintiff,<br><br>vs. | CIVIL NO. 03-00631 DAE LEK<br>(Other Civil Action/*Qui Tam*)<br><br>**CERTIFICATE OF SERVICE**<br><br>*(REPORT OF THE MEETING OF THE PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26 (f) AND LOCAL RULE 26.1)* |

|  |  |
|---|---|
| KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the REPORT OF THE MEETING OF THE PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26 (f) AND LOCAL RULE 26.1 was served on the following at their last known addresses:

Served Electronically though CM/ECF:

Rachel S. Moriyama      rachel.moriyama@usdoj.gov     April 2, 2007

Served by E-mail:

Warren Price, III                                                                  April 2, 2007
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii   96813

Served by First Class Mail:

Jon P. Neustadter                                                              April 2, 2007
Hooper, Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California   90067

                                                                      /s/ THOMAS R. GRANDE
                                                                      THOMAS R. GRANDE