OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813
Telephone:   (808) 524-7500
Facsimile:    (808) 545-7802
Email: tgrande@davislevin.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone:   (808) 538-1113
Facsimile:    (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys  for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>         Relator/Plaintiff,<br><br>     vs. | CIVIL NO. 03-00631 DAE LEK (Other Civil Action/*Qui Tam*)<br><br>**CERTIFICATE OF SERVICE**<br><br>*(PLAINTIFF'S RULE 16 SCHEDULING CONFERENCE STATEMENT)* |

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of PLAINTIFF'S RULE 16 SCHEDULING CONFERENCE STATEMENT was served on the following at their last known addresses:

Served Electronically though CM/ECF:

Rachel S. Moriyama        rachel.moriyama@usdoj.gov        April 2, 2007

Served by E-mail:

Warren Price, III                                                                April 2, 2007
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards Street, Suite 728
Honolulu, Hawaii   96813

Served by First Class Mail:

Jon P. Neustadter                                                              April 2, 2007
Hooper, Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California   90067

                                                                                          /s/ THOMAS R. GRANDE
                                                                                          THOMAS R. GRANDE