# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/09/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00631DAE-LEK |
| CASE NAME: | Maria Villadares Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | Thomas R. Grande<br>Harry Yee (for USA) |
| ATTYS FOR DEFT: | Jon P. Neustadter<br>Robert Carson Godbey<br>Jess H. Griffiths<br>Michael L. Parrish |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/09/2007 | TIME: | 9:36-9:53 |

COURT ACTION:  EP: Rule 16 Scheduling Conference held.  Jon P. Neustadter participated by phone.

1. Jury trial on April 15, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference on March 4, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by February 26, 2008
5. File motions to Join/Add Parties/Amend Pleadings by September 14, 2007
6. File other Non-Dispositive Motions by January 16, 2008
7. File Dispositive Motions by November 14, 2007
8a. File Motions in Limine by March 25, 2008
8b. File opposition memo to a Motion in Limine by April 1, 2008
11a. Plaintiff's Expert Witness Disclosures by October 15, 2007
11b. Defendant's Expert Witness Disclosures by November 14, 2007
12. Discovery deadline February 15, 2008
13. **Early** Settlement Conference set for May 24, 2007 at 9:00 a.m. before LEK. **Court directs the State Attorney General or his designated representative with full settlement authority to be physically present for the Early Settlement**

**Conference. All other parties to have their decision makers with full settlement authority to be available by phone.**

14. Settlement Conference statements by May 17, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 1, 2008
21. File Final witness list by March 25, 2008
24. Exchange Exhibit and Demonstrative aids by March 18, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 25, 2008
26. File objections to the Exhibits by April 1, 2008
28a. File Deposition Excerpt Designations by March 25, 2008
28b. File Deposition Counter Designations and Objections by April 1, 2008
29. File Trial Brief by April 1, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00631DAE-LEK;
Maria Villadares Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al.;
Rule 16 Scheduling Conference Minutes
04/09/2007