ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE          3954-0
851 Fort Street, 4th Floor
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802
Email: tgrande@davislevin.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Telephone: (808) 538-1113
Facsimile: (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys for *Qui Tam* Relator/Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2007
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ex *rel.* MARIA VALLADARES KADZIELAWA, STATE OF HAWAII ex *rel.* MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA ex *rel.* MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA ex *rel.* MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA ex *rel.* MARIA VALLADARES KADZIELAWA, <br><br> Relator/Plaintiff, <br><br> VS. | CIVIL NO. CV03-00631 DAE LEK (Other Civil Action/*Qui Tam*) <br><br> RETURN AND ACKNOWLEDG-MENT OF SERVICE |

KAISER FOUNDATION HOSPITALS and
KAISER FOUNDATION HEALTH PLAN,
INC.,

        Defendants.

## RETURN AND ACKNOWLEDGMENT OF SERVICE

I hereby certify that I served a certified copy of the First Amended Complaint; Demand for Jury Trial; and Summons to Answer First Amended Complaint by delivering the document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by the recipient's signature.

| NAME OF PERSON SERVED | TIME SERVED | DATE SERVED | PLACE SERVED | ACKNOWLEDGMENT OF SERVICE |
|---|---|---|---|---|
| Jess Griffiths | 2:05 P.M. | 4-5-07 | office | /s/ |
|  |  |  |  |  |
|  |  |  |  |  |

| DATE | PROCESS SERVER | SIGNATURE |
|---|---|---|
| 4-5-07 | James Furtado | /s/ |