# Court Copy

## U.S. District Court - Hawaii

Receipt for Payment

*For Internal Use Only*

Receipt  **239377**

Trans  145462

Received From: **JONATHAN P. NEUSTADTER**
Case Number:
Reference Number: **CV 03-631DAE**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  | Total |  | 225.00 |
|  | Tend |  | 225.00 |
|  | Due |  | 0.00 |

05/08/2007 04:00:25 PM     Deputy Clerk: et/ES