

Jess H. Griffiths #6658
Robert Carson Godbey #4685
Godbey Griffiths Reiss
A Limited Liability Law Partnership
1001 Bishop St.
2300 Pauahi Tower
Honolulu, Hawaii 96813
Tel. 808-523-8894
Fax. 808-523-8899
jgriffiths@lawhi.com
rgodbey@lawhi.com

Of Counsel: (NOT YET ADMITTED PRO HAC VICE)

Jonathan Paul Neustadter
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-2517
jneustadter@health-law.com

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 0 2007

at 10 o'clock and 20 min. A M
SUE BEITIA, CLERK

LODGED

MAY 0 8 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA VILLADRES KADZIELAWA, <br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, ET AL.<br><br>Defendants. | Civil No.03-00631 DAE-LEK<br><br>APPLICATION TO ADMIT COUNSEL JONATHAN PAUL NEUSTADTER PRO HAC VICE; EXHIBIT A (DECLARATION OF JONATHAN P. NEUSTADTER); ORDER ADMITTING COUNSEL JONATHAN PAUL NEUSTADTER PRO HAC VICE; CERTIFICATE OF SERVICE |

# APPLICATION TO ADMIT COUNSEL
## JONATHAN PAUL NEUSTADTER PRO HAC VICE

I, Jess H. Griffiths, am a member in good standing of the bar of this Court. My bar number is 6658. I am moving the admission of Jonathan Paul Neustadter to appear pro hac vice in this case as counsel for Kaiser Foundation Hospitals.

We state under penalty of perjury that:

1. Jonathan Paul Neustadter's residence and office addresses:

   Home: 400 S. Burnside Ave., #11-G, Los Angeles, CA 90036

   Office: Hooper, Lundy & Bookman, Inc., 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

2. The proposed admittee has been admitted to practice and the date(s) of such admissions are attached (See *Declaration of Jonathan Paul Neustadter (Exhibit A)*).

3. The proposed admittee is in good standing and eligible to practice in said court(s);

4. The proposed admittee is not currently suspended or disbarred in any other court; and

5. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court. The proposed

admittee also designates Jess H. Griffiths whose business address is Godbey Griffiths Reiss, A Limited Liability Law Partnership, Suite 2300, Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, Telephone: (808) 523-8894, Facsimile: (808) 523-8899, who is also a member of the bar of this Court in good standing, and will serve as co-counsel in these preceedings.

Dated:    Honolulu, Hawaii, May 8, 2007.

Respectfully submitted,

MOVANT

_____
JESS H. GRIFFITHS

Jess H. Griffiths
Godbey Griffiths Reiss
A Limited Liability Law Partnership
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: (808) 523-8894
Fax: (808) 523-8899