## DECLARATION OF JONATHAN PAUL NEUSTADTER

I, Jonathan Paul Neustadter, declare:

1. I am currently an attorney licensed to practice in the State of California with California Bar Number 172348, and this Declaration is made in support of my application to be admitted pro hac vice to the United States District Court, District of Hawaii.

2. My home residence is 400 S. Burnside Ave., #11-G, Los Angeles, California 90036; and my office address is Hooper, Lundy & Bookman, Inc., 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

3. I have been admitted to practice before the California Supreme Court on December 5, 1994. My other admissions are: United States District Court, Central District of California on December 5, 1994; United States Court of Appeals for the Ninth Circuit on December 16, 1994; United States District Court, Eastern District of California on July 27, 1995; United States Court of Appeals for the Fifth Circuit on February 27, 1997; United States District Court, Southern District of California on October 23, 1998; United States District Court, Northern District of California on November 15, 1999; and United States Court of Appeals for the District of Columbia on January 31, 2001.

4. I am in good standing and eligible to practice in all the courts referenced in paragraph 3 of this Declaration.

5. I am not currently suspended or disbarred in any court.

6. I have never previously made an application for pro hac vice in the United States District Court, District of Hawaii, and I have no other concurrent application pending with said Court.

The facts set forth in this declaration are personally known to me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of April, 2007 at Los Angeles, CA.

_____
JONATHAN PAUL NEUSTADTER