UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA VILLADRES KADZIELAWA, | ) Civil No.03-00631 DAE-LEK |
| Plaintiff, | ) |
| vs. | ) ORDER ADMITTING COUNSEL<br>) JONATHAN PAUL NEUSTADTER<br>) PRO HAC VICE |
| KAISER FOUNDATION HOSPITALS, ET AL. | ) |
| Defendants. | ) |

**ORDER ADMITTING COUNSEL
JONATHAN PAUL NEUSTADTER PRO HAC VICE**

The application of Jonathan Paul Neustadter for admission to this Court pro hac vice pursuant to Local Rule 83.1(e) having come on for consideration by the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that the foregoing application be and hereby is granted.

DATED:   Honolulu, Hawaii, _May 9_, 2007.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*MARIA VILLADRES KADZIELAWA vs. KAISER FOUNDATION HOSPITALS, ET AL.*; Civil No. 03-00631 DAE-LEK; ORDER ADMITTING COUNSEL JONATHAN PAUL NEUSTADTER PRO HAC VICE