UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA VILLADRES KADZIELAWA, | ) Civil No.03-00631 DAE-LEK |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| KAISER FOUNDATION HOSPITALS, ET AL. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day and by the methods of service noted below, a true and correct copy of the foregoing was duly served upon the following counsel of record to their last known addresses:

**Daniel R. Anderson**
US Department of Justice-Commercial Litigation Branch
601 D Street NW
Washington, DC 20004

**John K. Henebery**
US Department of Justice-Commercial Litigation Branch
601 D Street NW
Washington, DC 20004

**Michael L. Parrish**
Department of the Attorney General
333 Queen Street, Fl. 10
Honolulu, Hawaii 96813

**Warren Price**
Price Okamoto Himeno & Lum
Ocean View Center
707 Richards St., Ste. 728
Honolulu, HI 96813

**Served Electronically through CM/ECF:**

**Thomas R. Grande**
tgrande@davislevin.com,vivien@davislevin.com

**Harry Yee**
harry.yee@usdoj.gov,ann.yuuki@usdoj.gov,jan.yoneda@usdoj.gov

DATED:    Honolulu, Hawaii, May 8, 2007.

_____
JESS H. GRIFFITHS
ROBERT CARSON GODBEY
Attorneys for Defendant
Kaiser Foundation Hospitals

2