# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00631DAE-LEK |
| CASE NAME: | Maria Villadares Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | Warren Price, III<br>Thomas R. Grande<br>Michael L. Parrish<br>Dawn Shigezawa |
| ATTYS FOR DEFT: | Robert Carson Godbey<br>Jess H. Griffiths<br>Jonathan P. Neustadter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 05/24/2007 | TIME: | 9:00-10:15 |

COURT ACTION:  EP: Early Settlement Conference held.  Jonathan P. Nuestadter participated by phone.

Status Conference set for 9:30 7/23/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager