# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00631DAE-LEK |
| CASE NAME: | Maria Villadares Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | Thomas R. Grande<br>Harry Yee |
| ATTYS FOR DEFT: | Jess H. Griffiths<br>Jonathan P. Neustadter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/13/2007 | TIME: | 9:07-9:10 |

COURT ACTION: EP: Status Conference held. Jonathan P. Neustadter participated by phone.

Status/Settlement Conference set for 8/15/07 at 11:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager