# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00631DAE-LEK |
| CASE NAME: | Maria Villadres Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Jess H. Griffiths |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 03/04/2008 | TIME: | 9:09-9:12 |

COURT ACTION:  EP: Final Pretrial Conference not held.

Jess H. Griffiths, Esq. reports that case has been settled and stipulation for dismissal will be filed before 4/3/2008.

Status Conference Re: Dismissal and Final Pretrial Conference will be held 4/4/2008 at 09:00 AM if stipulation for dismissal is not filed.

Submitted by: Warren N. Nakamura, Courtroom Manager