# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00631DAE-LEK |
| CASE NAME: | Maria Villadres Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/07/2008 | TIME: | |

COURT ACTION:  EO: Per Judge David Alan Ezra.  Stipulation for Dismissal is to be **filed** on or before **3/28/2008.**

Submitted by: Warren N. Nakamura, Courtroom Manager