OF COUNSEL:
GRANDE LAW OFFICES

THOMAS R. GRANDE          3954-0
1164 Bishop Street, Suite 124-24
Honolulu, Hawaii  96813
Telephone:   (808) 521-7500
Facsimile:    (888) 722-5575
Email: tgrande@grandelawoffices.com

PRICE, OKAMOTO, HIMENO & LUM

WARREN PRICE III          1212-0
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Telephone:   (808) 538-1113
Facsimile:    (808) 533-0549
Email: wprice@pohlhawaii.com

Attorneys for *Qui Tam* Relator/Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>                Relator/Plaintiff,<br><br>          vs.<br><br>KAISER FOUNDATION HOSPITALS and KAISER | CIVIL NO. 03-00631 DAE LEK (Other Civil Action/*Qui Tam*)<br><br>DISMISSAL OF ALL CLAIMS WITH PREJUDICE; and CERTIFICATE OF SERVICE |

| | |
|---|---|
| FOUNDATION HEALTH PLAN, INC., <br><br>          Defendants. | |

## DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Relator, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice following the settlement of all claims on behalf of all parties and against all defendants.  This dismissal with prejudice and the associated settlement of all pending claims have been approved by the United States Department of Justice, the State of Hawaii Department of Attorney General, and the State of California Department of Attorney General.

This dismissal finally disposes of all claims on behalf of all parties and against all defendants.

DATED:  March 26, 2008.

                                             /s/ THOMAS R. GRANDE
                                            THOMAS R. GRANDE