IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF HAWAII E*X REL*. MARIA VALLADARES KADZIELAWA, STATE OF CALIFORNIA E*X REL*. MARIA VALLADARES KADZIELAWA, COMMONWEALTH OF VIRGINIA E*X REL*. MARIA VALLADARES KADZIELAWA, DISTRICT OF COLUMBIA *EX REL.* MARIA VALLADARES KADZIELAWA,<br><br>            Relator/Plaintiff,<br><br>    vs.<br><br>KAISER FOUNDATION HOSPITALS and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>            Defendants. | CIVIL NO. 03-00631 DAE LEK<br>(Other Civil Action/*Qui Tam*)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing documents was served on the following at their last known addresses:

Served Electronically though CM/ECF:

| | | |
|---|---|---|
| Harry Yee | harry.yee@usdog.gov | March 26, 2008 |
| Robert Carson Godbey | r.godbey@ieee.org | March 26, 2008 |

Jess H. Griffiths		jgriffiths@lawhi.com		March 26, 2008

Served electronically by e-mail:

Michael L. Parrish		michael.l.parrish@hawaii.gov	March 26, 2008
Department of the Attorney General
333 Queen Street, Fl. 10
Honolulu, HI   96813

Served by First Class Mail:

Jon P. Neustadter							March 26, 2008
Hooper, Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, California   90067

Daniel R. Anderson							March 26, 2008
US Department of Justice
Commercial Litigation Branch
601 D Street NW
Washington, DC   20004

John K. Henebery							March 26, 2008
US Department of Justice
Commercial Litigation Branch
601 D Street NW
Washington, DC   20004

    DATED:  Honolulu, Hawaii, March 26, 2008.

                                        /s/ THOMAS R. GRANDE
                                        THOMAS R. GRANDE