# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00631DAE-LEK |
| CASE NAME: | Maria Villadres Kadzielawa, et al. Vs. Kaiser Foundation Hospitals, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 03/28/2008 | TIME: | |

COURT ACTION: EO: Stipulation for dismissal.

Court accepts the [68]DISMISSAL OF ALL CLAIMS WITH PREJUDICE filed on 3/26/2008 in lieu of a Stipulation for Dismissal.

Submitted by: Theresa Lam, Courtroom Manager